IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **ROBERT D. PRINCE** | § § § | |
| **V.** | § § | **NO. 1:04-CV-508** |
| **JO ANNE B. BARNHART,** **Commissioner of** **Social Security Administration** | § § § § | |

### FINAL JUDGMENT

For reasons expressed in the accompanying memorandum order adopting the Report and Recommendation of the United States Magistrate Judge, it is

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's action against defendant is **DISMISSED**. It is further

**ORDERED, ADJUDGED** and **DECREED** that the decision of the Commissioner is **AFFIRMED**. It is further

**ORDERED**, **ADJUDGED** and **DECREED** that each party is assessed his or her respective costs.

**SIGNED** this the 9 day of **September, 2005.**

_____
Thad Heartfield
United States District Judge